Ed Dunlavey
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Docket 6:10-mj-00011-YNP |
|                                      ) | |
| Plaintiff,              ) | MOTION TO DISMISS; AND |
|                                      ) | (PROPOSED) ORDER THEREON |
| v.                       ) | |
|                                      ) | |
| KENNETH LOGUE,                       ) | |
|                                      ) | |
| Defendant.              ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby requests that the citations against the Defendant be dismissed in the interest of justice and moves the Court for an order of dismissal without prejudice.

Dated: February 11, 2010..                NATIONAL PARK SERVICE


                                           /S/ Susan St. Vincent
                                          Susan St. Vincent
                                          Acting Legal Officer


**ORDER**

IT IS SO ORDERED.

**Dated:   February 11, 2010**               **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

1